1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PROGRESSIVE DIRECT INSURANCE CO., | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-02293-GMN-NJK |
| vs. | ) | ORDER |
| ROBERT HORNBUCKLE, et al., | ) | |
| Defendant(s). | ) | |

This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order. Docket No. 13. The proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 21 days before the discovery cut-off. *See id.* at 2. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days <u>before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely.

//

1  In an effort to ensure future compliance and complete understanding of the Local Rules, the
2  Court hereby ORDERS each attorney of record in this matter[1] to file a certification with the Court no
3  later than April 4, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-1.
4  IT IS SO ORDERED.
5  DATED: March 28, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] This includes: Scott Glogovac, Robert Howrey, Thomas Christensen, and Kurt Anderson.

2